WILLIAM ARNDT, Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

· (Argued June 24, 1890; decided October 7, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made January 11, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Daniel H. McMillen* for appellant.

*Ernest K. Weaver* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

HENRY WRIGHT, Respondent, v. CHARLES BOLLER et al., Appellants.

(Argued June 24, 1890; decided October 7, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first ·Tuesday of January, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial. ·

*James Wadsworth* for appellants. ·

*William Armstrong* for respondent.

Agree to affirm on opinion below. ,
All concur.
Judgment affirmed.